**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHRISTINE POPPY DUFFIELD,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-01243

Judge Joan H. Lefkow

Magistrate Judge Albert Berry, III

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 4 | KAIHUANGN |
| 10 | MAN FASHION SHOW |
| 11 | Handsome clothes factory |
| 15 | Man Tseven |
| 21 | Gfirefiy |
| 23 | LoSop |
| 24 | Auora |
| 26 | RageGarments |
| 27 | Strongonea |
| 39 | CoastThread |
| 40 | DizCo |
| 41 | GuaiE |
| 43 | Marlla |
| 47 | Aotino Shop |
| 48 | JIAODIANV |
| 49 | Uurbano Edge |
| 50 | SHIMMERR |
| 51 | Sengue |
| 62 | AIDIDID |
| 63 | NobleTee |

| | |
|---|---|
| 66 | TideLeap |
| 69 | ShirtHack |
| 70 | HTXing |
| 88 | Eternitye |
| 89 | Lumierem |

DATED:  March 16, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 16, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt