**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHRISTINE POPPY DUFFIELD,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-01243

Judge Joan H. Lefkow

Magistrate Judge Albert Berry, III

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 59 | WC Top Clothes |
| 60 | QG Plussize clothing |
| 76 | WF Trend Fashion |
| 75 | bazhX |
| 91 | bazhD |
| 65 | YUAI CCC |
| 9 | MING Mens and Womens Clothing |
| 6 | YLFSZZZ |
| 7 | YLFFSBBB |
| 8 | YLFSOOO |
| 12 | YLFSABC |
| 13 | YLFSWWW |
| 14 | YLFSAZX |
| 70 | HTXing |
| 78 | WAMAC |
| 82 | YBZZZLLL |
| 84 | engu local |
| 85 | Thread Trendy |
| 58 | Mondayss |

| | |
|---|---|
| 20 | Xzgfffff |
| 22 | MRLL |
| 55 | manbawangC |
| 64 | AMRLLA |
| 73 | HUQUNer |
| 38 | JYH Shop |
| 81 | WANGXIAOJIU |
| 1 | QWENTMTNTY |
| 37 | Tomato Women Cloths |
| 42 | Yep Cheese Women Clothes Local |
| 19 | guangxiangfive |
| 57 | Guangxiangfour |
| 28 | sdr shirts |
| 29 | Polyester Pops |
| 44 | Ann happy day |
| 45 | plpl xjytm |
| 61 | Dynamic Drapes |
| 72 | Gentle Glamour |
| 32 | Closet Refresh |
| 54 | Rose Ether |

DATED: March 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 25, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt